■ In the Matter of DOROTHY MANN, Individually, and on Behalf of Her Six Infant Children, STANLEY MANN and Others, Respondent, v STEVEN BERGER, as Commissioner of the New York State Department of Social Services, Appellant, et al., Respondent.—In a proceeding pursuant to CPLR article 78, *inter alia*, to review a determination of the Commissioner of the New York State Department of Social Services, dated July 31, 1975, and made after a statutory fair hearing, which affirmed a decision of the local agency to deny petitioner's request for emergency assistance, the State

commissioner appeals from a judgment of the Supreme Court, Nassau County, dated May 14, 1976, which, *inter alia,* annulled the determination. Judgment affirmed, without costs or disbursements, on the opinion of Mr. Justice Harnett at Special Term. We wish to note, however, that section 350-j of the Social Services Law, the statute under consideration, was amended subsequent to the petitioner's application for emergency assistance (see L 1977, ch 77, § 10). Since the amended version does not apply in this proceeding (see L 1977, ch 77, § 31), we do not consider whether such assistance is still available as the statute is presently worded. Rabin, J. P., Titone, Suozzi and Mollen, JJ., concur. [86 Misc 2d 690.]